UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. KLASSY, | No. 2:16-cv-283-EFB P |
| Petitioner, | |
| v. | ORDER |
| FELICIA PONCE, | |
| Respondent. | |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges that his requests for "initial classification and program review" have been "met with lies." ECF No. 1 at 3. He also alleges that his religious rights have been "met with retaliation." *Id.* Petitioner does not make any particular request for relief.

Under Rule 4 of the Rules Governing Section 2254 Cases, the court is required to conduct a preliminary review of all petitions for writ of habeas corpus. *See* Rules 1(b) & 4, Rules Governing Section 2254 Cases.[1] The court must summarily dismiss a petition if it "plainly appears . . . that the petitioner is not entitled to relief . . . ." As discussed below, the petition must be dismissed with leave to amend because it fails to demonstrate that petitioner is entitled to habeas relief.

---

[1] Although petitioner has paid the filing fee, Rule 4 nonetheless requires that the petition be screened.

A writ of habeas corpus cannot issue under 28 U.S.C. § 2241 unless a prisoner is in custody in violation of federal law. 28 U.S.C. § 2241(c)(3). Petitioner does not assert he is in custody in violation of federal law, or challenge the length or execution of his sentence. Although drafted in vague and conclusory terms, petitioner's claims appear to relate solely to the conditions of his confinement.[2] Therefore, there is no apparent basis for relief pursuant to § 2241.

Accordingly, IT IS HEREBY ORDERED that petitioner's application for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed with leave to amend. If petitioner wishes to proceed with this habeas action, he shall file an amended petition within 30 days from the date of this order. Any amended petition shall clarify the legal and factual basis of his claims and demonstrate that relief is proper pursuant to § 2241.

DATED: June 6, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] If petitioner wishes to initiate an action regarding his conditions of confinement, he should commence a civil action pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1999).