UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. KLASSY, | No. 2:16-cv-283-EFB P |
| Petitioner, | |
| v. | ORDER |
| FELICIA PONCE, | |
| Respondent. | |

Petitioner is a is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

On June 6, 2016, the court reviewed the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The court found petitioner failed to assert that he is in custody in violation of federal law, or challenge the length or execution of his sentence. Although drafted in vague and conclusory terms, petitioner's claims appeared to relate solely to the conditions of his confinement. The court, therefore, found that there is no apparent basis for relief pursuant to § 2241 and dismissed the petition with leave to amend. ECF No. 10. Accordingly, the court granted petitioner thirty days to file an amended petition and warned him that failure to comply would result in this action being dismissed. The time for acting has passed and petitioner has not filed an amended petition, or otherwise responded to the court's order.

1

1    A party's failure to comply with any order or with the Local Rules "may be grounds for
2 imposition by the Court of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court."  E.D. Cal. Local Rule 110.  The court may dismiss an action with or
4 without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v.*
5 *Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in
6 dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended
7 complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,
8 1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule
9 regarding notice of change of address affirmed).

    Accordingly, it is hereby ORDERED that this action is DISMISSED and the court
11 declines to issue a certificate of appealability.

12 Dated:  July 11, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE